MARION WISCHNIE, as Administratrix of the Estate of ALEX WISCHNIE, Deceased, Plaintiff, *v.* MARTIN DORSCH et al., Copartners under the Firm Name of ARMOR ELEVATOR COMPANY, et al., Defendants; BROOKMAN REALTY CORPORATION, Defendant-Appellant, and PREMIER LINEN SUPPLY & LAUNDRY SERVICE, INC., Impleaded Defendant-Respondent.

Submitted November 19, 1945; decided November 29, 1945.

*Harry Schechter* for motion.
*Clarence E. Mellen* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, but without prejudice to the right of the appellant to appeal from a judgment entered upon the order of the Appellate Division.